**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 24 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

|  |  |
|---|---|
| NANCY VITOLO, individually, and on behalf of other members of the general public similarly situated,<br><br>    Plaintiff-Appellant,<br><br>v.<br><br>BLOOMINGDALE'S, INC., an Ohio corporation,<br><br>    Defendant-Appellee. | No.  14-56706<br><br>D.C. No.<br>2:09-cv-07728-DSF-PJW<br><br>MEMORANDUM* |

Appeal from the United States District Court
for the Central District of California
Dale S. Fischer, District Judge, Presiding

Argued and Submitted October 6, 2016
Pasadena, California

Before:  PREGERSON, NOONAN, and PAEZ, Circuit Judges.

We vacate the district court's judgment and remand to the district court for

further proceedings in light of the California Supreme Court's decision in *Iskanian*

*v. CLS Transportation Los Angeles, LLC*, 59 Cal. 4th 348 (2014), the Ninth

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by Ninth Circuit Rule 36-3.

Circuit's decision in *Sakkab v. Luxottica Retail North America, Inc.*, 803 F.3d 425

(9th Cir. 2015), and the California Court of Appeal's decision in *Perez v. U-Haul*

*Co. of California*, No. B262029, 2016 WL 4938809 (Cal. Ct. App. Sept. 16, 2016).

**VACATED AND REMANDED.**

The parties shall bear their own costs on appeal.